UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

FRANK MEDLEY

                                Plaintiffs,

        -against-

THE CITY OF NEW YORK; et al,

                                Defendants.

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT DETECTIVE JERRY BREEN**

**08 CV 4511**

------------------------------------------------------------------------X

       I, KIMBERLY DUFFY, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

       1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York. On June 2, 2008, at approximately 4:15 p.m., I served the summons and complaint in this matter on defendant DETECTIVE JERRY BREEN, SHIELD # 1279 by delivering a copy of same to CYNTHIA BUSBY, a person of suitable age and discretion at defendant's place of business, within the state, at NYPD Headquarters, One Police Plaza, New York, New York 10007. This person is an African American woman in her forties with short brown hair and brown eyes.

       2.     Thereafter, on June 3, 2008, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:     New York, New York
               June 3, 2008

                                         _____
                                         KIMBERLY DUFFY

Subscribed to and sworn before
me this 3rd day of June, 2008.

_____
NOTARY PUBLIC

                                       MICHAEL P. KUSHNER
                                       Notary Public, State of New York
                                       No. 02KU6156369
                                       Qualified in New York County
                                       Commission Expires Nov. 27, 2010