UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FRANK MEDLEY,

                                                   Plaintiff,   **NOTICE OF APPEARANCE**

         -against-

CITY OF NEW YORK et al,                            **08-CV-4511 (PKC)**

                                         Defendants.

                                                         **FILED BY ECF**

------------------------------------------------------------------------ x


      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
          August 6, 2008

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of
                                       the City of New York
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 788-0987
                                       Fax: (212) 788-9776

                                       By:
                                       _____/S/_____
                                       Brian G. Maxey
                                       Assistant Corporation Counsel